In the Matter of Andrew D. Franco, Petitioner, v Barbara J. Fiala et al., Respondents. [47 NYS3d 710]—Determina-

tion of respondents dated July 6, 2015, which, after a hearing, fined petitioner based on his violation of Vehicle and Traffic Law § 1146, unanimously confirmed, the petition denied, and the proceeding brought pursuant to CPLR article 78 (transferred to this Court by order of Supreme Court, New York County [Barbara Jaffe, J.], entered February 25, 2016), dismissed, without costs.

Substantial evidence supports respondents' determination (*see generally 300 Gramatan Ave. Assoc. v State Div. of Human Rights*, 45 NY2d 176, 181-182 [1978]) that petitioner failed to exercise due care while operating his vehicle and struck the pedestrian as she crossed the street, ultimately resulting in her death (Vehicle and Traffic Law § 1146; *see e.g. Matter of Montagnino v Fiala*, 106 AD3d 1090, 1091 [2d Dept 2013]). Concur—Friedman, J.P., Andrias, Feinman, Kapnick and Gesmer, JJ.